SEBA JANE GEDNEY, Appellant, *v.* DANIEL ROGERS, Respondent.

(Argued June 27, 1887; decided October 11, 1887.)

*Erastus P. Hart* for appellant.

*E Countryman* for respondent.

Agree to affirm on opinion at Special Term.
All concur.
Judgment affirmed.